| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Yolanda C. Gibson-Michaels | CA-06-1940 RMU |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Shelia C. Bair, Chairman, et al | S&C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Attorney General

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT 950 Pa. Ave., NW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                                            Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 0 | Signature of Authorized USMS Deputy or Clerk | Date 11/14/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Delvon Whitmire, Supervisor Mailroom

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/20/06   Time: 3:45 (pm)

Signature of U.S. Marshal or Deputy  #3422

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | | |

REMARKS:

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO: Patricia Del Marvil, Chairman CEO
Securiguard Inc.
6858 Old Dominion Dr., Suite 307
McLean, Va. 22101

Civil Action, File Number __CA-06-1940__

__Yolanda C. Gibson-Michaels__
V.
__Shela C. Bair, Cjairman, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) must answer the summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within __ days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I certify that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was executed on _____ at _____.

_____
Signature (USMS Official)

## RETURN OF SERVICE OF SUMMONS AND COMPLAINT

I hereby certify and return that I have served the summons and complaint in the above captioned manner at

[Return receipt card shown with:]
SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Patricia Del Marvil

COMPLETE THIS SECTION ON DELIVERY
A. Signature X K Boler  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery 11-16-06
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 2032 8314

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

[Handwritten on form: 06-1940  11-15-06  SB]

Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature
_____

Form USM-299 (Rev. 6/95)

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
David L. Marvil, Chairman CEO
7531 Leesburg Pike, Suite 402
Falls Church, Va. 22101

Civil Action, File Number __CA-06-1940__

__Yolanda C. Gibson-Michaels__
V.
__Sheila C. Bair, Chairman, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form ... days, you (or the party on whose behalf you ... plaint in any other manner permitted by law.

06-1940   11-15-06   BB

behalf you are being served) must answer the it by default will be taken against you for the

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
David L. Marvil

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Maryann Hap_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
11/16/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0000 2032 8338

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

of Summons and Complaint By Mail was

(MS Official)

COMPLAINT
omplaint in the above captioned manner at

nd Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:

Securiguard Incorporation
6858 Old Dominion Dr., Suite 307
McLean, Va. 22101

Civil Action, File Number __CA-06-1940 RMU__

__Yolanda C. Gibson-Michaels__
V.
__Shela C. Bair, Chairman, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON _____ 11-15-06. If you are served on behalf of a corporation, unincorporated _____ your signature your relationship to that entity. If _____ indicate under your signature your authority.

_05-1940_   _B.P 11-15-06_

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Securiguard Incorporor~

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _K Boler_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery _11-16-06_

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0000 2032 9403

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

_____ days, you (or the party on whose behalf you _____ complaint in any other manner permitted by law.

_____ behalf you are being served) must answer the _____ it by default will be taken against you for the

_____ of Summons and Complaint By Mail was

_____ (S Official)

_____ OMPLAINT

_____ nplaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature
_____

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ____Columbia____

TO:
USEC Corporation
7531 Leesburg Pike, Suite 402
Falls Church, Va. 22101

Civil Action, File Number ____CA-06-1940____

____Yolanda C. Gibson-Michaels____
V.
____Sheila C. Bair, Chairman, etal____

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on behalf you are being served) must answer the complaint. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____ (USMS Official)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
USEC Corporation

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Maryann Kobal  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Maryann Kobal
C. Date of Delivery: 11/17/06
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

[Postmark: FALLS CHURCH VA 22041-9998 NOV 16 USPS]

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0000 2032 8321

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE OF SUMMONS AND COMPLAINT
I hereby certify and return that I have served a summons and complaint in the above captioned manner at

_____ Number and Street Name or P.O. Box No.
_____ City, State, and Zip Code

Signature _____

Relationship to Entity/Authority to Receive
Service of Process

Date of Signature _____

Form USM-299
(Rev. 6/95)