**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Work Vuolence Research Institute
1281 North Gene Autry Trail, Suite K
Palm Sprintgs, Ca. 92262

Civil Action, File Number __CA-06-1940 RMU__

__Yolanda c. Gibson-Michaels__
V.
__Sheila C. Bair, Chairman, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you ...rred in serving a summons and complaint in any other manner permitted by law.

...s form, you (or the party on whose behalf you are being served) must answer the ...e sent. If you fail to do so, judgment by default will be taken against you for the

...e and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

RECEIPT OF SUMMONS AND COMPLAINT
a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

**RECEIVED**
City, State and Zip Code
DEC 4 - 2006

Signature   NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

Copy 4 - USMS District Suspense