UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1940 (RMU) |
| SHEILA C. BAIR *et al.*, | : |
| Defendants. | : |

## ORDER

Defendants Securiguard Incorporation and USEC Corporation have each filed a motion to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on defendants' motions taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that plaintiff shall respond to the defendants' motions [8][9] within 30 days of this Order.

_____/s_____
RICARDO M. URBINA
United States District Judge

DATE: 12-6-06