UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS,  *
    Plaintiff,  *
      *
v.  *  CASE NO. 1:06CV01940 (RMU)
      *
SHEILA C. BAIR, et al.  *
    Defendants.  *
*  *  *  *  *  *  *  *  *  *  *  *

**<u>PRAECIPE</u>**

THE CLERK OF THE COURT will kindly enter the appearance of KAUFMAN LAW, A Professional Corporation, and David Zachary Kaufman, Esq. as counsel for Defendant Douglas Fahey.

Respectfully submitted,

KAUFMAN LAW, A Professional Corporation
11350 Random Hills Rd. Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
david@dzklaw.com
Counsel for Defendant Doug Fahey

By: _____
David Zachary Kaufman, Bar# 435123

CERTIFICATE OF SERVICE

  I hereby certified that I caused a true and correct copy of the following to be served electronically on each of the following on December 10, 2006:

| | |
|---|---|
| Yolanda Gibson-Michaels, | Scott D. Helsel (DC Bar No. 455763) |
| *Pro Se* Plaintiff | WALTON & ADAMS, P.C. |
| 2210 Anvil Lane | 1924 Isaac Newton Square |
| Temple Hills, MD 20748 | Suite 250 |
| | Reston, VA 20190 |
| | (703) 790-8000 (voice) |
| | (703) 790-8016 (fax) |
| | Counsel for the Defendants |
| | Securiguard, Inc. and USEC |
| | Corporation |

_____
David Zachary Kaufman