UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1940 (RMU) |
| SHEILA C. BAIR *et al.*, | : |
| Defendants. | : |

### ORDER

Defendant Douglas R. Fahey has filed a motion to dismiss. The plaintiff is proceeding *pro se*. The court will rule on defendant Fahey's motion taking into consideration the facts proffered by the plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If the plaintiff fails to respond to this motion, the court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is this 11th day of December, 2006 hereby

**ORDERED** that the plaintiff shall respond to the defendant's motion [14] within 30 days of this order.

RICARDO M. URBINA
United States District Judge