UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS,   :
:
        Plaintiff,   :
:
v.   :   Civil Action No. 06-1940 (RMU)
:
SHEILA C. BAIR *et al.*,   :
:
        Defendants.   :

## ORDER

Defendant Work Violence Research Institute has filed a motion to dismiss. The plaintiff is proceeding *pro se*. The court will rule on the defendant's motion taking into consideration the facts proffered by the plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If the plaintiff fails to respond to this motion, the court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is this 5thday of January, 2007, hereby

**ORDERED** that the plaintiff shall respond to the defendant's motion [18] within 30 days of this order.

RICARDO M. URBINA
United States District Judge