UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS,  :
    Plaintiff,  :
      :
v.  :    CASE NO. 1:06CV01940 (RMU)
      :
SECURIGUARD INC., et al.  :
      :
    Defendants.  :

### DEFENDANT SECURIGUARD, INC. AND USEC CORPORATION'S REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants Securiguard, Inc. ("Securiguard") and "USEC Corporation"[1] ("USEC") (collectively "the Security Guard Defendants"), by counsel, hereby respond to Plaintiffs' Opposition to Defendants' Motion To Dismiss, which the Plaintiff, appearing *pro se*, apparently mailed to undersigned counsel on January 8, 2007.[2]

The Plaintiff's *Pro Se* Complaint in this case indicates that she was previously employed by FDIC. Notwithstanding that FDIC was her employer, the Plaintiff asserts against all of the defendants in this case—including the Security Guard Defendants—a cause of action for employment discrimination and several other causes of action that are based on an employment relationship. These causes of action plainly should be dismissed as to the Security Guard Defendants because neither of the Security Guard Defendants have been the Plaintiff's

---

[1] USEC's proper name is USEC Service Corporation.

[2] While the Plaintiff certified in her Certificate of Service that she mailed her Opposition Brief to counsel on January 5, 2007, the postmark on the envelope indicates that it was mailed on January 8, 2007. Undersigned counsel received the Opposition Brief on January 9, 2007. There is no record on PACER of the filing of the Plaintiff's Opposition Brief in this case. Accordingly, a true and correct copy of the Plaintiff's Opposition Brief, as it was received by undersigned counsel, and a copy of the envelope in which it came in, is attached hereto as Exhibit A.

"employer" and the Plaintiff has never been an "employee" of either of them. Thus, all of the causes of action asserted by the Plaintiff here are inapplicable to the Securiguard Defendants.

The Plaintiffs' Opposition Brief in this case—which appears to be a verbatim copy of the same Opposition Brief she has filed in the related case of *Gibson-Michaels v. Securiguard, et al.*, Case No. 1:06-CV-01938 ("Related Case No. 1938")[3]—fails to address the Security Guard Defendants' arguments for dismissal of the particular claims asserted against them in the present case: namely, that the Security Guard Defendants were no the Plaintiff's employer, and thus cannot be liable to her for employment discrimination or other employment-based claims. Accordingly, since there is no meaningful opposition filed in the present case, the Security Guard Defendants' motion to dismiss stands unopposed as to the specific arguments that the Security Guard Defendants have made in this case. And, if the Plaintiff has only asserted in this case the same causes of action she seeks to assert against the Security Guard Defendants in Related Case No. 1938, this case should be dismissed as being duplicative and, more substantively, for the same reasons that Related Case No. 1938 should be dismissed.

Accordingly, for the reasons set forth herein, the Security Guard Defendants request that this Court dismiss the Plaintiff's *Pro Se* Complaint in this case.

---

[3] The Security Guard Defendants are simultaneously filing a reply brief in Related Case No. 1938, which addresses the Plaintiff's arguments in the context of the different causes of action in that case.

Respectfully submitted,

/s/
Scott D. Helsel (DC Bar No. 455763)
WALTON & ADAMS, P.C.
1924 Isaac Newton Square
Suite 250
Reston, VA 20190
(703) 790-8000 (voice)
(703) 790-8016 (fax)

*Counsel for the Defendants Securiguard, Inc. and USEC Corporation*

## CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of this document to be served by ECF for all counsel of record and by first class mail, postage prepaid, on each of the following on this 12th day of January 2007:

Yolanda C. Gibson-Michaels, *Pro Se*
2210 Anvil Lane
Temple Hills, MD 20748

/s/
Scott D. Helsel

3