**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
YOLANDA GIBSON-MICHAELS              )
2210 Anvil Lane                                           )
Temple Hills, Maryland 20748                   )
                                                                    )
               Plaintiff,                              )
                                                                    )
     v.                                                     )    Civil Action No. 06-1940 (RMU)
                                                                    )
SHEILA C. BAIR, Chairman,                      )
Federal Deposition Insurance Corporation, )
550 - 17th Street, N.W. - MB-6028            )
Washington, D.C. 20429                           )
                                                                    )
and                                                               )
                                                                    )
SECURIGARD INCORPORATION         )
6858 Old Domininion Drive - Suite 307   )
McLean, Virginia 22101                          )
Patricia Del Marvil, Chairman CEO          )
                                                                    )
and                                                               )
                                                                    )
USEC CORPORATION                            )
7531 Leesburg Pike - Suite 402               )
Falls Church, VA 22101                          )
David L. Marvil, Chairman CEO              )
Registered Agent: CT Corporation Systems )
1015 15th Street, N.W., - Suite 1000         )
Washington, D.C. 20005                         )
                                                                    )
and                                                               )
                                                                    )
WORK VIOLENCE                                 )
RESEARCH INSTITUTE                        )
Steve Kaufer                                            )
1281 North Gene Autry Trail - Suite K   )
Palm Springs, CA 92262                         )
                                                                    )
and                                                               )
                                                                    )
DOUGLAS R. FAHEY                            )

| | |
|---|---|
| 3716 Dalebrook Drive | ) |
| Dunfries, Virginia 22015-1804 | ) |
| | ) |
| and | ) |
| | ) |
| JENEKIA J. JOHNSON | ) |
| 1414 Colony Road | ) |
| Oxon Hill, Maryland 20748 | ) |
| | ) |
| and | ) |
| | ) |
| ROBERT FELDMAN, Executive Secretary, | ) |
| Federal Deposition Insurance Corporation, | ) |
| 550 - 17th Street, N.W. | ) |
| Washington, D.C. 20429 | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

# NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendants Sheila C. Bair, Chairman, Federal Deposit Insurance Corporation and Robert Feldman, Executive Secretary, Federal Deposit Insurance Corporation in the above-captioned case.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C. 20530
(202)514-7137

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

YOLANDA GIBSON-MICHAELS
2210 Anvil Lane
Temple Hills, Maryland 20748

on this _____ day of January, 2007.

                                      _____/s/_____
                                      CLAIRE WHITAKER
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Room E4204
                                      Washington, D.C.  20530
                                      (202)514-7137