IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 1:06cv01940 (RMU) |
| vs. ) | |
| ) | |
| SHEILA C. BAIR, *et al.* ) | |
| ) | |
| Defendants ) | |

**OPPOSITION OF WORKPLACE VIOLENCE RESEARCH INSTITUTE
TO PLAINTIFF'S MOTION TO STAY COMPLAINT**

Defendant Workplace Violence Research Institute ("WVRI"), by undersigned counsel, respectfully opposes Plaintiff's motion to stay the complaint without prejudice on the following grounds:

1. The request is extraordinary, if not unprecedented. Plaintiff filed an accusatory, prolix Complaint that she since augmented in two oppositions to motions to dismiss. In all three documents Plaintiff tossed decorum to the winds and vilified individuals in streams of vituperation. Having put this nastiness on the public record, Plaintiff now asks the Court to leave her accusations on the public record and forbid Defendants from obtaining consideration of the charges. That is an abuse of this Court and its processes.

2. Plaintiff's request also is unwarranted as a matter of law. WVRI and Steve Kaufer, the latter an innocent victim of Plaintiff's *ad hominem* attacks, have the right to defend themselves

against Plaintiff's scurrilous attacks. Plaintiff has no right, and no legal basis, to deny or even delay Defendants' exercise of their rights.

3. Plaintiff provides no factual basis for her request. Though Plaintiff titles her motion one to allow her to engage in settlement negotiations, Plaintiff does not, as likely she cannot, represent that that there are any such negotiations. To the contrary, Plaintiff's Exhibit A, the email on which Plaintiff relies, states: "If you wish to enter into settlement discussions, however, … you should forward any settlement offer … in writing." The absence of any response from Plaintiff to this email indicates that Plaintiff killed settlement negotiations.

4. Plaintiff's timing here is telling. Plaintiff's Exhibit A is an email dated October 24, 2006 from the FDIC inviting Plaintiff's settlement offer. Plaintiff evidently eschewed responding and instead leapt to sue, filing her Complaint on November 14, 2006 in a "shoot first, ask questions later" approach. Having rejected FDIC's explicit settlement overture and filed this vicious suit, Plaintiff now wants to talk settlement in the context of her public accusations against so many persons. This, also, is an abuse of this Court and its processes. Though Plaintiff is pro se, she is not free from sanctions. This may be a situation calling for sanctions.

In sum, Plaintiff presents no factual or legal grounds, and WVRI respectfully submits there are no factual or legal grounds, for this request. Further, WVRI, Mr. Kaufer and other Defendants have legal rights in this suit that Plaintiff's request would deny unlawfully and unfairly. Also, WVRI and Mr. Kaufer are harmed and continue to be harmed by Plaintiff's intemperate and unwarranted personal aspersions.

For these reasons, WVRI respectfully prays that the Court deny Plaintiff's motion and grant WVRI such other relief as may be proper.

Dated: January 26, 2007

Respectfully submitted,

/s/ Harvey A. Levin
Harvey A. Levin (DC Bar No. 203869)
Thompson Coburn LLP
1909 K Street, N.W., Suite 600
Washington, DC 20006
Ph: 202-585-6900
Fax: 202-585-6969
Email address: hlevin@thompsoncoburn.com

Counsel for Defendant Workplace Violence Research Institute

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Opposition was served by ECF and by first class mail, postage prepaid, this 26th day of January 2007 on:

Yolanda C. Gibson-Michaels
2210 Anvil Lane
Temple Hills, Maryland 20748

Claire M. Whitaker, Esquire
United States Attorney's Office
555 4th Street, NW
Suite E-4204
Washington, DC 20816

Patricia Del Marvil
Chairman CEO
Securiguard Incorporation
6858 Old Dominion Drive – Suite 307
McLean, Virginia 22101

David L. Marvil
Chairman CEO
USEC Corporation
7531 Leesburg Pike – Suite 402
Falls Church, VA 22101

Douglas R. Fahey
3716 Dalebrook Drive
Dumfries, Virginia 22015-1804

Jenekia J. Johnson
1414 Colony Road
Oxon Hill, Maryland 20748

/s/ Harvey A. Levin