UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:06CV01940 (RMU) |
| | * | |
| SHEILA C. BAIR, et al. | * | |
|     Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT DOUGLAS FAHEY'S RESPONSE TO
MOTION TO STAY COMPLAINT WITHOUT PREJUDICE
TO ENTER INTO SETTLEMENT NEGOTIATIONS**

COMES NOW DEFENDANT Douglas Fahey, by undersigned counsel, and responds to Plaintiff's *pro se* "Motion to Stay Complaint Without Prejudice to Engage in Settlement Negotiations". For the reasons set forth below, Defendant Fahey respectfully requests that the Court deny Plaintiff's Motion.

Plaintiffs Motion to Stay suggests that Plaintiff wishes to engage in settlement negotiations with the FDIC--and perhaps other defendants although this is not at all clear. For example, no settlement discussions have ever been directed to Mr. Fahey.

Plaintiff now seems to have hired an attorney, David Rose, Esq.[1] to serve as "the point of contact for all [s]ettlement negotiations on behalf of Plaintiff." (Motion at 7.)

But nowhere in her Motion does Plaintiff provide the slightest explanation for

---

[1] Mr. Rose has not yet entered an appearance in this case. If he does, Mr. Fahey would hope that Plaintiff's claims against him would be voluntarily dismissed.

why a stay of litigation in her *pro se* law suit--a Stay that would delay a decision on Mr. Fahey's fully-briefed Motion to Dismiss--would benefit settlement negotiations. Mr. Fahey believes that any delay in deciding his Motion to Dismiss is neither necessary nor desirable and Plaintiff has utterly failed to provide the Court or Mr. Fahey with any compelling explanation of her case that would cause him to prefer settlement to seeking dismissal of the case.

Accordingly, for the reasons set forth herein, Defendant Fahey requests that the Court Deny Plaintiff's Motion to Stay.

Respectfully submitted,

KAUFMAN LAW, A Professional Corporation
11350 Random Hills Rd. Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
david@dzklaw.com
Counsel for Defendant Doug Fahey


By: _____
David Zachary Kaufman, Bar# 435123

CERTIFICATE OF SERVICE

      I hereby certified that I caused a true and correct copy of the following to be served EFC on all Cousnel of record and by first class mail, postage prepaid, on each of the following on January 29, 2007:

| | |
|---|---|
| Yolanda Gibson-Michaels, | David Rose, Esq. |
| *Pro Se* Plaintiff | Rose & Rose |
| 2210 Anvil Lane | 1320 19th St. NW |
| Temple Hills, MD 20748 | Suite 601 |
| | Washington, DC 20036 |

_____
David Zachary Kaufman