**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Work Violence Research Inst.
SERVE: Steve Kaufer
1281 North Gene Autry Trail-Ste. K
Palm Springs, CA 92262

Civil Action, File Number __06-1940 RMU__

__Yolanda C. Gibson-Michaels__
V.
__Sheila C. Blair, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[Handwritten: 06-1940 JRT 12·8·06]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
[Handwritten: Work Violence Research Inst.
Serve: Steve Kaufer
Palm Springs, CA]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name): STEVE KAUFER
C. Date of Delivery: 12-18-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4136 8649

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

[Right side, partially obscured:]
. If you are served on behalf of a corporation, our signature your relationship to that entity. If st indicate under your signature your authority.

____ days, you (or the party on whose behalf you mplaint in any other manner permitted by law.

behalf you are being served) must answer the ent by default will be taken against you for the

ipt of Summons and Complaint By Mail was

[signature]
_SMS Official)_

) COMPLAINT

complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299 (Rev. 6/95)