UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS,<br>     Plaintiff,<br><br>v.<br><br>SHEILA C. BAIR, et al.<br>     Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>* | <br><br><br>CASE NO. 1:06CV01940 (RMU) |

*   *   *   *   *   *   *   *   *   *   *   *

DEFENDANT DOUGLAS FAHEY'S RESPONSE TO PLAINTIFF'S
"MOTION TO STRIKE MEET AND CONFER SCHEDULE
MOVE TO REQUEST AND SETTLEMENT CONFERENCE"

Defendant Douglas Fahey, by counsel, responds to the Plaintiff's "Motion To Strike Meet And Confer Schedule Move To Request And Settlement Conference" (sic) ("the Plaintiff's Motion").  The Plaintiff has also filed the same motion in the related case of *Gibson-Michaels v. Fahey, et al.*, Case No. 1:06CV01933 (RMU).

Mr. Fahey sees no benefit for a settlement conference at this stage of any of the related cases, and therefore oppose the Plaintiff's request such a conference.  To the extent the Plaintiff's Motion is to be understood as her request to extend deadlines for any further meet-and-confer obligations in the related cases until all pending dispositive motions have been decided, Mr. Fahey joins in that specific request only.

The remainder of the Plaintiff's Motion – indeed, almost all of it – pertains to parties other than Mr. Fahey, for which no further response is necessary.

Respectfully submitted,

KAUFMAN LAW,  A Professional Corporation
11350 Random Hills Rd.  Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
david@dzklaw.com
Counsel for Defendant Doug Fahey


By:
David Zachary Kaufman, Bar# 435123

CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of the following to be served by ECF on each of the following on April 9, 2007:

Scott D. Helsel (DC Bar No. 455763)
WALTON & ADAMS, P.C.
1924 Isaac Newton Square
Suite 250
Reston, VA 20190
(703) 790-8000 (voice)
(703) 790-8016 (fax)
Counsel for the Defendants Securiguard, Inc. and USEC Corporation

AUSA Claire Whitaker
U.S. Attorney's Office - D.C.
555 4th St., N.W. Room E-4204
Washington, D.C. 20530
202-514-7137 (o)
202-514-8780 (fax)
Counsel for Defendant FDIC

Harvey A. Levin, Esq.
Thompson Coburn LLP
Suite 600
1909 K Street, N.W.
Washington, D.C. 20006-1167
P: 202.585.6942
F: 202.585.6969
Counsel for Defendant WVRI


And by U.S. Mail, first class postage prepaid to :

Yolanda Gibson-Michaels,
Pro Se Plaintiff

2210 Anvil Lane
Temple Hills, MD 20748

_____
David Zachary Kaufman