UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS,<br>　　Plaintiff, | *<br>*<br>* | |
| v. | * | CASE NO. 1:06CV01940 (RMU) |
| | * | |
| SHEILA C. BAIR, et al.<br>　　Defendants. | *<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT DOUGLAS FAHEY'S RESPONSE TO PLAINTIFF'S "REUEST [FOR] APPOINTMENT OF COUNSEL"

Defendant Douglas Fahey, by counsel, responds to the Plaintiff's "Request [For] Appointment of Counsel" ("the Plaintiff's Motion"). The Plaintiff has also filed the same motion in the related case of Gibson-Michaels v. Fahey, et al., Case No. 1:06CV01933(RMU). While Mr. Fahey believe there is no merit to the Plaintiff's claims, he does not oppose the Court's appointment of counsel if the Plaintiff makes any requisite showing required for such an appointment.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KAUFMAN LAW, A Professional Corporation
　　　　　　　　　　　　　　　　　　　　11350 Random Hills Rd. Suite 800
　　　　　　　　　　　　　　　　　　　　Fairfax, VA 22030
　　　　　　　　　　　　　　　　　　　　703.764.9080
　　　　　　　　　　　　　　　　　　　　703.764-0014 (fax)
　　　　　　　　　　　　　　　　　　　　david@dzklaw.com
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Doug Fahey

　　　　　　　　　By:
　　　　　　　　　　　　David Zachary Kaufman, Bar# 435123

CERTIFICATE OF SERVICE

       I hereby certified that I caused a true and correct copy of the following to be served by ECF on each of the following on April 9, 2007:

Scott D. Helsel (DC Bar No. 455763)  
WALTON & ADAMS, P.C.  
1924 Isaac Newton Square  
Suite 250  
Reston, VA 20190  
(703) 790-8000 (voice)  
(703) 790-8016 (fax)  
Counsel for the Defendants Securiguard, Inc. and USEC Corporation

AUSA Claire Whitaker  
U.S. Attorney's Office - D.C.  
555 4th St., N.W. Room E-4204  
Washington, D.C. 20530  
202-514-7137 (o)  
202-514-8780 (fax)  
Counsel for Defendant FDIC

Harvey A. Levin, Esq.  
Thompson Coburn LLP  
Suite 600  
1909 K Street, N.W.  
Washington, D.C. 20006-1167  
P: 202.585.6942  
F: 202.585.6969  
Counsel for Defendant WVRI

And by U.S. Mail, first class postage prepaid to :

Yolanda Gibson-Michaels,  
Pro Se Plaintiff  
2210 Anvil Lane  
Temple Hills, MD 20748

_____  
        David Zachary Kaufman