IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 1:06cv01940 (RMU) |
| vs. ) | |
| ) | |
| SHEILA C. BAIR, *et al.* ) | |
| ) | |
| Defendants ) | |

**OPPOSITION OF WORKPLACE VIOLENCE RESEARCH INSTITUTE, AND JOINDER OF WORKPLACE VIOLENCE RESEARCH INSTITUTE IN OPPOSITIONS, TO PLAINTIFF'S MOTIONS TO SUPPRESS EVIDENCE, FOR INJUNCTIVE RELIEF, TO STRIKE MEET AND CONFER SCHEDULE, FOR SETTLEMENT CONFERENCE AND FOR OTHER RELIEF**

Defendant Workplace Violence Research Institute ("WVRI"), by undersigned counsel, respectfully opposes for the reasons stated in, and joins, the oppositions of Robert Feldman and Sheila C. Bair (Docket No. 44) and of Douglas Fahey (Docket Nos. 45, 46 and 47) to Plaintiff's motions (i) to suppress evidence and for injunctive relief (Docket No. 41), (ii) to strike the meet and confer schedule and request for settlement conference (Docket No. 42) and (iii) to appoint counsel (Docket No. 40).

To the undue prejudice of WVRI and other Defendants, this case stands little chance, if any, of proceeding to the extent that Plaintiff's participation, cooperation and decorum are needed. In general, this Plaintiff is difficult and obstructionist. It appears, moreover, that Plaintiff filed this action not with the intent of litigating but for the improper purpose – the sole purpose – of using this Court as a settlement forum and forcing Defendants into a settlement. As the other Defendants

informed the Court, settlement with Plaintiff on her unwarranted, unsupported complaint is not a possibility.

    Accordingly, WVRI respectfully requests that the Court deny Plaintiff's motions.

        Respectfully submitted,

        /s/ Harvey A. Levin
        Harvey A. Levin (DC Bar No. 203869)
        Thompson Coburn LLP
        1909 K Street, N.W., Suite 600
        Washington, DC 20006
        Ph: 202-585-6900
        Fax: 202-585-6969
        Email address: hlevin@thompsoncoburn.com

        Counsel for Defendant Workplace Violence Research Institute

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Opposition was served by ECF and by first class mail, postage prepaid, this 10th day of April 2007 on:

    Yolanda C. Gibson-Michaels
    2210 Anvil Lane
    Temple Hills, Maryland 20748

    Claire M. Whitaker, Esquire
    United States Attorney's Office
    555 4th Street, NW
    Suite E-4204
    Washington, DC 20816

    Scott D. Helsel, Esquire
    Walton & Adams, P.C.
    1925 Isaac Newton Square, Suite 250
    Reston, VA 20910

    Davis Zachary Thompson, Esquire
    Kaufman Law, A Professional Corporation
    11350 Random Hills Road, Suite 650
    Fairfax, VA 22030

    Jenekia J. Johnson
    1414 Colony Road
    Oxon Hill, Maryland  20748

                          /s/ Harvey A. Levin