UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS,         :
                                    :
    Plaintiff,                      :
                                    :
v.                                  :    CASE NO. 1:06CV01940 (RMU)
                                    :
SECURIGUARD, INC., et al.           :
                                    :
    Defendants.                     :

### DEFENDANT SECURIGUARD, INC. AND USEC CORPORATION'S REPONSE TO PLAINTIFF'S "REUEST [FOR] APPOINTMENT OF COUNSEL"

Defendants Securiguard, Inc. ("Securiguard") and "USEC Corporation"[1] ("USEC") (collectively "the Security Guard Defendants"), by counsel, responds to the Plaintiff's "Request [For] Appointment of Counsel" ("the Plaintiff's Motion").[2] While the Security Guard Defendants believe there is no merit to the Plaintiff's claims, they do not oppose the Court's appointment of counsel if the Plaintiff makes any requisite showing required for such an appointment.

Respectfully submitted,

                                /s/
Scott D. Helsel (DC Bar No. 455763)
WALTON & ADAMS, P.C.
1924 Isaac Newton Square
Suite 250
Reston, VA 20190
(703) 790-8000 (voice)
(703) 790-8016 (fax)

*Counsel for the Defendants Securiguard, Inc. and USEC Service Corporation*

---

[1] USEC's proper name is USEC Service Corporation.

[2] The Plaintiff has also filed the same motion in the related case of *Gibson-Michaels v. Securiguard, Inc., et al.*, Case No. 1:06CV01938 (RMU).

## CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of this document to be served by ECF for all counsel of record and by first class mail, postage prepaid, on each of the following on this 10th day of April 2007:

> Yolanda C. Gibson-Michaels, *Pro Se*
> 2210 Anvil Lane
> Temple Hills, MD 20748
>
> David Rose, Esquire
> Rose & Rose
> 1320 19th Street, NW, Suite 601
> Washington, DC 20036-1655

_____/s/_____
Scott D. Helsel