UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS,    :

       Plaintiff,                :

                          :

       v.                   :       CASE NO. 1:06CV01940 (RMU)

                          :

SECURIGUARD, INC., et al.      :

                          :

       Defendants.         :

**DEFENDANT SECURIGUARD, INC. AND USEC CORPORATION'S
REPONSE TO PLAINTIFF'S "MOTION TO STRIKE MEET AND CONFER
SCHEDULE MOVE TO REQUEST AND SETTLEMENT CONFERENCE"**

Defendants Securiguard, Inc. ("Securiguard") and "USEC Corporation"[1]

("USEC") (collectively "the Security Guard Defendants"), by counsel, responds to the

Plaintiff's "Motion To Strike Meet And Confer Schedule Move To Request And

Settlement Conference" (sic) ("the Plaintiff's Motion").[2]

    The Security Guard Defendants see no benefit for a settlement conference at this

stage of any of the related cases, and therefore oppose the Plaintiff's request for a

settlement conference.  To the extent the Plaintiff's Motion is to be understood as her

request to extend deadlines for any further meet-and-confer obligations in the related

cases until all pending dispositive motions have been decided, the Security Guard

Defendants join in that specific request only.  The remainder of the Plaintiff's Motion –

indeed, almost all of it – pertains to parties other than the Security Guard Defendants, for

which no further response is necessary.

---

[1] USEC's proper name is USEC Service Corporation.

[2] The Plaintiff has also filed the same motion in the related case of *Gibson-Michaels v. Securiguard, Inc., et al.*, Case No. 1:06CV01938 (RMU).

Respectfully submitted,


_____/s/_____
Scott D. Helsel (DC Bar No. 455763)
WALTON & ADAMS, P.C.
1924 Isaac Newton Square
Suite 250
Reston, VA 20190
(703) 790-8000 (voice)
(703) 790-8016 (fax)

*Counsel for the Defendants Securiguard, Inc.*
*and USEC Service Corporation*


## CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of this document to be served by ECF for all counsel of record and by first class mail, postage prepaid, on each of the following on this 10th day of April 2007:

    Yolanda C. Gibson-Michaels, *Pro Se*
    2210 Anvil Lane
    Temple Hills, MD 20748

    David Rose, Esquire
    Rose & Rose
    1320 19th Street, NW, Suite 601
    Washington, DC 20036-1655


_____/s/_____
Scott D. Helsel