## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1940 (RMU) |
| | : | | |
| v. | : | Documents No.: | 8, 9, 14, 18 |
| | : | | |
| SHEILA C. BAIR, Chairman, Federal | : | | |
| Deposit Insurance Corp. *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE DEFENDANTS' MOTIONS TO DISMISS

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it

is this 3rd day of May 2007,

**ORDERED** that the defendants' motions to dismiss are **GRANTED**.  It is

**FURTHER ORDERED** that the defendants Securiguard Corporation, USEC

Corporation, Work Violence Research Institute, and Douglas R. Fahey are hereby **DISMISSED**.

**SO ORDERED**.


RICARDO M. URBINA
United States District Judge