IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS )
      Plaintiff, )
       )
      v. ) Civil Action Nos.**1:06CV01940**
       )
SHELA C. BAIR, et.al. )
      Defendants )

### AGREED UPON MOTION TO STAY PROCEEDINGS TO OBTAIN COUNSEL

Now Comes, Yolanda C. Gibson-Michaels (prose), Plaintiff in the above-titled complaint and files an Agreed upon Motion for Stay these proceedings for 35-days(**calendar**) in order to retain counsel. Plaintiff has conferred with opposing counsel pursuant to the applicable rules of procedure. Plaintiff represents that counsel for Defendant has no objection to this Motion being granted for the reasons stated attached hereto. This motion is not filed for the purposes of delay, but for the reasons stated.

**Wherefore**, Plaintiff requests that this court sign the attached Proposed Order for a 35 day stay of these proceedings.

Respectfully submitted,

_____
Yolanda C. Gibson-Michaels (prose)

1

## CERTIFICATE OF SERVICE

I Hereby Certify that on this **8thday of June 2007**, a copy of the foregoing Plaintiffs' Motion to Stay Proceedings for 35-days (calendar) to obtain counsel was hand-carried to the U.S. District Court, Washington, D.C. and mailed by regulator mailed to named defendants:

**Copies to:**

Harvey A. Levin
Thompson Coburn LLP
1909 K Street, N.W. – Suite 600
Washington, DC  20006

David Zachary Kaufman, Esq.
Kaufman Law Firm
11350 Random Hills Road – Suite 800
Fairfax, Virginia  22030

Scott D. Helsel
Walton & Adams,
1924 Isaac Newton Square
Reston, Virginia  20190

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C.  20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS )
    Plaintiff, )
     )
    v. ) Civil Action Nos.**1:06CV01940**
     )
SHELA C. BAIR, et.al. )
    Defendants )

## Order

1.    This cause was brought before the Court on Plaintiff's Agreed Motion for a stay of 35-days (calendar) in order to retain counsel to represent prose Plaintiff.

2.    The pleading demonstrates that defendant has no objection to this Motion to Stay Proceedings for 35-day (calendar) being Granted.

It is hereby ORDERED AND ADJUDGED, that Plaintiff's Motion is hereby GRANTED.

This matter will be stayed for **35 calendar days** from the date of this Order so that Plaintiff may retain counsel.

Done and Ordered this ____ day of June, 2007, in chambers.

Signed:

_____
Judge

**Copies to:**

Harvey A. Levin
Thompson Coburn LLP
1909 K Street, N.W. – Suite 600
Washington, DC 20006

David Zachary Kaufman, Esq.
Kaufman Law Firm
11350 Random Hills Road – Suite 800
Fairfax, Virginia 22030

Scott D. Helsel
Walton & Adams,
1924 Isaac Newton Square
Reston, Virginia 20190

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C. 20530