UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:06CV01940 (RMU) |
| | * | |
| SHEILA C. BAIR, et al. | * | |
|     Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

DEFENDANT FAHEY'S RESPONSE TO
PLAINTIFF'S JUNE 8, 2007, MOTION TO STAY
PROCEEDING TO OBTAIN COUNSEL

COMES NOW THE DEFENDANT, Douglas Fahey, and responds to Plaintiff's Motion to Stay Proceedings by pointing out to the Court that on May 3, 2007, the Court dismissed the above-captioned case. Exhibit 1. Therefore Defendant Fahey cannot either consent or oppose Plaintiff's Motion.

Respectfully submitted,

KAUFMAN LAW, A Professional Corporation
11350 Random Hills Rd. Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
david@dzklaw.com
Counsel for Defendant Doug Fahey

By:
David Zachary Kaufman, Bar# 435123

CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of the following to be served by ECF on each of the following on June 15, 2007:

| | |
|---|---|
| Scott D. Helsel (DC Bar No. 455763)<br>WALTON & ADAMS, P.C.<br>1924 Isaac Newton Square<br>Suite 250<br>Reston, VA 20190<br>(703) 790-8000 (voice)<br>(703) 790-8016 (fax)<br>Counsel for the Defendants Securiguard,<br>Inc. and USEC Corporation | AUSA Claire Whitaker<br>U.S. Attorney's Office - D.C.<br>555 4th St., N.W. Room E-4204<br>Washington, D.C. 20530<br>202-514-7137 (o)<br>202-514-8780 (fax)<br>Counsel for Defendant FDIC |

Harvey A. Levin, Esq.
Thompson Coburn LLP
Suite 600
1909 K Street, N.W.
Washington, D.C. 20006-1167
P: 202.585.6942
F: 202.585.6969
Counsel for Defendant WVRI


And by U.S. Mail, first class postage prepaid to :

Yolanda Gibson-Michaels,
Pro Se Plaintiff
2210 Anvil Lane
Temple Hills, MD 20748

_____
   David Zachary Kaufman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1940 (RMU) |
| | : | | |
| v. | : | Documents No.: | 8, 9, 14, 18 |
| | : | | |
| SHEILA C. BAIR, Chairman, Federal Deposit Insurance Corp. *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

**GRANTING THE DEFENDANTS' MOTIONS TO DISMISS**

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 3rd day of May 2007,

**ORDERED** that the defendants' motions to dismiss are **GRANTED**. It is

**FURTHER ORDERED** that the defendants Securiguard Corporation, USEC Corporation, Work Violence Research Institute, and Douglas R. Fahey are hereby **DISMISSED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge



EXHIBIT 1