IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS ) | | |
| Plaintiff, ) | | |
| ) | | |
| ) | | |
| v. ) | 06-CV-1940 (RMU) | |
| ) | | |
| SHELA C. BAIR, et.al. ) | | |
| Defendants ) | | |

**MOTION TO STAY PROCEEDINGS FOR ADDITIONAL TIME
TO OBTAIN COUNSEL**

Now Comes, Yolanda C. Gibson-Michaels (prose), Plaintiff in the above-titled complaint and files An Agreed upon Motion for Stay these proceedings for an **Additional 35-days(calendar) to obtain retention of counsel**.

Plaintiff has conferred with FDIC opposing counsel Claire Whitaker whom stated that by email communication on **Friday July 13, 2007** that: **"In response to your telephone call, you may indicate in your motion for additional time to retain counsel that the federal defendant does not object." (See Attached)** Plaintiff represents that the Federal Defendant' does not object to Plaintiff's Motion for additional 35 calendar day of an extension of time to obtain Counsel.

1

**Wherefore**, Plaintiff requests that this court Grants an additional 35 day stay of these proceedings.

Respectfully submitted,

_____
Yolanda C. Gibson-Michaels (prose)
2210 Anvil Lane
Temple Hills, Maryland 20748

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th **day of July 2007**, a copy of the foregoing Plaintiffs' **Motion to Stay Proceedings for additional 35-days** (calendar) to obtain counsel was filed and mailed to named defendant:

**Copies to**:

Harvey A. Levin
Thompson Coburn LLP
1909 K Street, N.W. – Suite 600
Washington, DC 20006

David Zachary Kaufman, Esq.
Kaufman Law Firm
11350 Random Hills Road – Suite 800
Fairfax, Virginia 22030
Securiguard, Inc./USEC Corporation

Scott D. Helsel
Walton & Adams,
1924 Isaac Newton Square
Reston, Virginia 20190

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C. 20530



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS )
      Plaintiff,     )
                          )
                          )
        v.              )     06-CV-1940 (RMU)
                          )
SHELA C. BAIR, et.al.    )
      Defendants    )

### Order

This cause was brought before the Court on **Plaintiff's Motion to Stay Proceedings for an Additional 35-day calendar days** is hereby ORDERED and ADJUDGED, that Plaintiff's Motion is hereby GRANTED

Ordered this____day of July, 2007, in chambers.

        Signed:

        _____
        Judge

**Copies to**:

| | |
|---|---|
| Harvey A. Levin<br>Thompson Coburn LLP<br>1909 K Street, N.W. – Suite 600<br>Washington, DC 20006 | Scott D. Helsel<br>Walton & Adams,<br>1924 Isaac Newton Square<br>Reston, Virginia 20190 |
| David Zachary Kaufman, Esq.<br>Kaufman Law Firm<br>11350 Random Hills Road – Suite 800<br>Fairfax, Virginia 22030 | Claire Whitaker, U.S. Attorney<br>555 4th Street, N.W. E-4204<br>Washington, D.C. 20530 |

Yahoo! | My Yahoo! | Mail | Tutorials | More    Welcome, **ygmichaels** Sign Out | Help

  Search: [                    ] [Web Search]

| Mail Plus | Addresses ▼ | Calendar ▼ | Notepad ▼ |    Mail For Mobile - **Mail Upgrades** - **Options**

[Check Mail]  [Compose]                    [Search Mail]  [Search the Web]

**Folders**   [Add - Edit]
 Inbox
 Draft
 Sent
 Bulk   [Empty]
 Trash  [Empty]

**My Folders**   [Hide]
 ABCNews
 **AlSharptonActio... (3)**
 AmericanDebbie
 **Associates (2)**
 Att NathanielJo...
 BankrupctyFraud...
 BlackBusinessNe...
 Cathy Harris Au...
 **CongressmanAlbe... (2)**
 DKissi v US (23)
 **DOJClaireWhitaker (1)**
 FDIC CORRUPTION
 FDIC EEO 2006 (15)
 **FDIC REP TINA L... (9)**
 **FDIC ULP (4)**
 HawksCafe
 **Israel Weinstock (1)**
 James Lawrence ...
 JohnPerkins
 JohnPerkinsEcon...
 **KaiserCharlesGi... (4)**
 KariGrayLawsuit...
 Kenneth Wayne F...
 Leroy Pletten

Previous | Next | Back to Messages

[Delete] [Reply ▼] [Forward ▼] [Spam] [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Date:**   Fri, 13 Jul 2007 10:45:58 -0700 (PDT)
**From:**   "Yolanda Gibson-Michaels" <ygmichaels@yahoo.com>   View Contact Details
            Add Mobile Alert
**Subject:** RE: Motion to Stay Procedings to Retain Counsel - Another Extensiion of 30 days
**To:**     "Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov>

Dear US Attorney Whitaker,

Thank you. I will indicate addititional time to retain Counsel.

*"Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov >* wrote:

> Dear Ms. Gibson-Michaels:
>
> In response to your telephone call, you may indicate in your motion for additional time to retain counsel that the federal defendant does not object.
>
> Clairie Whitaker
>
> AUSA Claire Whitaker
> U.S. Attorney's Office - D.C.
> 555 4th St., N.W. Room E-4204
> Washington, D.C. 20530
> 202-514-7137 (o)
> 202-514-8780 (fax)

*Yolanda C. Gibson-Michaels*

The HTML graphics in this message have been blocked. [Show HTML Graphics - Edit Preferences]

[Delete] [Reply ▼] [Forward ▼] [Spam] [Move... ▼]

Previous | Next | Back to Messages                Save Message Text | Full Headers