# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Yolanda Gibson-Michaels
Plaintiff

vs.   Civil Action No. 06-1940 (RMU)

Sheila C. Bair, Chairman (FDIC)
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 7th day of August, 2007, that Yolanda C. Gibson-Michaels hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 2nd day of August, 2007 in favor of Sheila C. Bair, Chairman FDIC against said Plaintiffs motion to vacate and stay proceedings.

Yolanda C Gibson-Michaels 8/7/2007
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Claire Whitaker, U.S Atty
555 4th Street, NW. E-4204
Wash, DC 20530

**RECEIVED**
AUG - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT