UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YOLANDA GIBSON-MICHAELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:06CV01940 - RMU |
| ) | |
| SHEILA C. BAIR, et al. ) | |
| ) | |
| Defendants. ) | |

FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
TO RECLUSE [sic] DEPARTMENT OF JUSTICE (DOJ) REPRESENTATION OF THE
FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC), et al.

The only defendants remaining in this case are Sheila C. Bair, Chairman of the Federal Deposit Insurance Corporation, and its Executive Secretary, Robert Feldman ("Federal Defendants"). Federal Defendants expect to file a dispositive motion within the next thirty (30) days. No Local Rule LCvR 16.3 Report or Scheduling Order has been entered in this case, primarily due to plaintiff's refusal to cooperate during the process. See R. 41 & 43.

Nevertheless, plaintiff has now filed a motion to "recluse" Department of Justice attorneys in this case ("Plaintiff's Motion"). Although plaintiff's motion is not the model of clarity, she appears to be seeking to strike the representation of Federal Defendants by undersigned counsel because plaintiff believes that criminal remedies are being sought in another part of the United States Attorney's Office (This reasoning was gleaned from plaintiff's jurisdictional statement in her motion and through consultation with plaintiff).

Moreover, in Plaintiff's Motion, she complains about the conduct of undersigned counsel primarily assigned to the case:

> The Department of Justice (DOJ) AUSA Claire Whitaker engaged into[sic] willful obstruction of justice, unethical misconduct, conflict of interest, filed motions in opposition of my right to *suppress evidence* and injunctive relief in violation of 18 U.S.C. violations enumerated above .

Plaintiff's Motion at p. 3. She seeks the "immediate recusal" of AUSA Whitaker and U.S. Attorney Jeffrey A. Taylor and AUSA Rudolph Contreras. Id. at p. 4. The conduct referred to in connection with the abovementioned allegations are that AUSA Whitaker: (1) solicited a possible settlement of her claims against FDIC, (2) attempted to conduct a to meet and confer meeting with plaintiff and defendants, and (3) failed to act on plaintiff's "evidence" of criminal wrongdoing. Id. at p. 2. As none of these acts evidence unethical conduct, willful obstruction of justice or a conflict of interest, plaintiff fails to state a basis for the recusal she seeks. Factual allegations must be enough to raise a right to relief above the speculative level on the assumption that all of the complaint's allegations are true. Bell Atlantic Corp. v. Twombly, __ U.S. ___,127 S.Ct. 1955 (2007). Although Twombly addresses the minimum requirements with regard to a complaint, the Court's rationale is applicable here. Plaintiff has simply failed to set forth any basis, in law or fact, for the relief she seeks. Accordingly, her motion to "recluse" should be denied. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

YOLANDA GIBSON-MICHAELS
2210 Anvil Lane
Temple Hills, Maryland 20748

on this _____ day of August, 2007.

                                            _____/s/_____
                                            CLAIRE WHITAKER
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Room E4204
                                            Washington, D.C.  20530
                                            (202)514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **YOLANDA GIBSON-MICHAELS**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Number: 1:06CV01940 - RMU |
| **SHEILA C. BAIR, et al.** | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon consideration of Plaintiff's Motion to Recluse counsel in this case [sic], Federal Defendants' opposition and Plaintiff's reply, and after review of the record, it is by the Court,

this _____ day of _____, 2007,

ORDERED, that said motion is denied.

_____
UNITED STATES DISTRICT JUDGE