UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA GIBSON-MICHAELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case Number: 1:06CV01940 - RMU |
| ) | |
| SHEILA C. BAIR, et al. ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANT'S MOTION TO
EXTEND TIME TO RESPOND TO DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b)(1), Federal Defendants, Sheila Bair, Chairman of the Federal Deposit Insurance Corporation ("FDIC") and Robert Feldman, its Executive Secretary, move this Court for a thirty-day extension of time after this Court enters a Scheduling Order to respond to plaintiff's discovery in this case, unless the Court determines prior to that date to stay discovery pending resolution of defendants' dispositive motion. Defendants intend to file a dispositive motion within the next thirty (30) days. Defendants' counsel primarily assigned to the case has consulted with plaintiff on about August 13, 2007, concerning this matter and the fact that plaintiff's discovery request preceded her participation in a Joint Meet and Confer Report to the Court. Nevertheless, on August 15, 2007, before the entry of a Scheduling Order in this case, plaintiff served discovery on defendants. Plaintiff was unavailable to consult concerning her position on this specific motion.

The grounds for this motion are as follows: As the docket reflects, plaintiff has steadfastly refused to cooperate in the Local Rule LCvR 16.3-Meet and Confer process in this case. Specifically, plaintiff objected to defendant's request for additional time to file a Meet and Confer Report after she refused to agree. R. 43. She also filed a motion to strike the Meet and

Confer Schedule proposed by the defendants. R. 41. Indeed, plaintiff failed to agree to any schedule, other than referral to a Magistrate-Judge, even after she obtained counsel for the limited purpose of proceeding with the Meet and Confer conference. R. 41. Now, plaintiff has served interrogatories, admissions and a request for production of documents on the only remaining defendants in this case. These discovery requests were served on undersigned counsel on August 15, 2007, by hand delivery and certified mail return receipt requested.

Defendants believe that plaintiff's discovery is premature and defendants' counsel has so advised plaintiff. Undersigned counsel has discussed the prematurity of plaintiff's discovery with plaintiff to no avail. As defendants intend to file a dispositive motion in this case that may resolve all or part of the claims in this case within the next thirty days, staying discovery may be the most judicially efficient manner of overseeing this litigation. In any event, an extension of time to respond to plaintiff's discovery is clearly warranted under the circumstances of this case.

Accordingly, defendants request that they be allowed thirty days after the filing of this Court's Scheduling Order to respond to plaintiff's discovery, unless a stay of all discovery is entered pending resolution of defendants' dispositive motion. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

YOLANDA GIBSON-MICHAELS
2210 Anvil Lane
Temple Hills, Maryland 20748

on this _____ day of August, 2007.

                                  _____/s/_____
                                  CLAIRE WHITAKER
                                  Assistant United States Attorney
                                  555 Fourth Street, N.W.
                                  Room E4204
                                  Washington, D.C. 20530
                                  (202)514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **YOLANDA GIBSON-MICHAELS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:06CV01940 - RMU |
| ) | |
| **SHEILA C. BAIR, et al.** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Federal Defendants' motion to extend time, the opposition and reply thereto, and for good cause shown, it is by the Court, this ____ day of _____, 2007,

ORDERED, that said motion is granted. Defendants' responses to plaintiff's discovery requests are due thirty (30) days after the entry of a Scheduling Order setting deadlines for discovery in this case, unless discovery is stayed pending a resolution of defendants' dispositive motion in this case.

_____
UNITED STATES DISTRICT JUDGE