UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA GIBSON-MICHAELS,<br><br>Plaintiff,<br><br>v.<br><br>SHEILA C. BAIR, et al.<br><br>Defendants. | Case Number: 1:06CV01940 - RMU |

FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
TO PERMANENTLY SUPPRESS WIRETAP EVIDENCE, R. 72

Plaintiff filed a motion to permanently suppress wiretap evidence on September 11, 2007. R. 72. She filed a similar motion seeking the same relief on March 26, 2007. R. 42. That motion is still pending.

In response to plaintiff's March 26, 2007 motion, federal defendants, Sheila C. Bair, Chairman of the Federal Deposit Insurance Corporation ("FDIC"), and its Executive Secretary, Robert Feldman, argued that although they opposed plaintiff's motion to suppress as premature and irrelevant, they did not believe that either party should rely, or be able to rely, on the evidence that plaintiff seeks to suppress in her motion [a tape recording during an internal investigation]. That continues to be federal defendants' position on this issue.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

          /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

          /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing filing was served by First-Class Mail;

postage pre-paid to:

YOLANDA GIBSON-MICHAELS
2210 Anvil Lane
Temple Hills, Maryland 20748

on this 25th day of September 2007

                                  _____/s/_____
                                  CLAIRE WHITAKER
                                  Assistant U.S. Attorney
                                  555 4th St., N.W.  Room #-4204
                                  Washington, D.C. 20530
                                  (202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**YOLANDA GIBSON-MICHAELS**,        )
                                    )
    Plaintiff,         )
                                    )
  v.                            )   Case Number: 1:06CV01940 - RMU
                                    )
**SHEILA C. BAIR, et al.**          )
                                    )
    Defendants.        )
_____)

## ORDER

Upon consideration of plaintiff's motion to suppress wiretap evidence [R. 72], federal defendants' response, and for good cause shown, it is by the Court, this ____ day of _____, 2007,

ORDERED, that said motion is denied.

_____
UNITED STATES DISTRICT JUDGE