UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
YOLANDA GIBSON-MICHAELS,            )
                                                    )
            Plaintiff,                             )
                                                    )
            v.                                      )            Case Number: 1:06CV01940 - RMU
                                                    )
                                                    )
SHEILA C. BAIR, et al.                       )
                                                    )
            Defendants.                        )
_____)

FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
TO PERMANENTLY SUPPRESS WIRETAP EVIDENCE, R. 72

        Plaintiff filed a motion to permanently suppress wiretap evidence on September 11,

2007.  R. 72.  She filed a similar motion seeking the same relief on March 26, 2007.  R. 42.

That motion is still pending.

        In response to plaintiff's March 26, 2007 motion, federal defendants, Sheila C. Bair,

Chairman of the Federal Deposit Insurance Corporation ("FDIC"), and its Executive Secretary,

Robert Feldman, argued that although they opposed plaintiff's motion to suppress as premature

and irrelevant, they did not believe that either party should rely, or be able to rely, on the

evidence that plaintiff seeks to suppress in her motion [a tape recording during an internal

investigation].  That continues to be federal defendants' position on this issue.

                                            Respectfully submitted,

                                            _____/s/_____
                                            JEFFREY A. TAYLOR , D.C. Bar # 498610
                                            United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was served by First-Class Mail;

postage pre-paid to:

YOLANDA GIBSON-MICHAELS
2210 Anvil Lane
Temple Hills, Maryland 20748

on this 25th day of September 2007

_____/s/_____
CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W.  Room #-4204
Washington, D.C. 20530
(202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————————

)
**YOLANDA GIBSON-MICHAELS**,   )
   )
Plaintiff,   )
   )
v.   )   Case Number: 1:06CV01940 - RMU
   )
**SHEILA C. BAIR, et al.**   )
   )
Defendants.   )
—————————————————————————)

## <u>ORDER</u>

Upon consideration of plaintiff's motion to suppress wiretap evidence

[R. 72], federal defendants' response, and for good cause shown, it is by the

Court, this _____ day of _____, 2007,

ORDERED, that said motion is denied.

_____
UNITED STATES DISTRICT JUDGE