UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1940 (RMU) |
| | : | | |
| v. | : | Documents No.: | 68, 71, 72, 78 |
| | : | | |
| SHEILA C. BAIR, Chairman, Federal Deposit Insurance Corp. *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

On this 13th day of November 2007, it is hereby

ORDERED that the defendants' Motion to Extend Time for Discovery [Dkt. #71] is GRANTED. All discovery is STAYED pending further Order of this Court. It is further

ORDERED that the plaintiff's Motion to Recluse [sic] Department of Justice (DOJ) Representation of the Federal Deposit Insurance Company (FDIC), et al. [Dkt. #68], Motion to Permanently Suppress Wiretap Evidence [Dkt. #72], and Motion to Motion for Evidentiary Hearing [Dkt. #78] are DENIED.

SO ORDERED.

RICARDO M. URBINA
United States District Judge