IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No(s). **CV-06-1940** |
| ) | (RMU) |
| SHELA C. BAIR, et.al. ) | |
| Defendants ) | |

**PLAINTIFF'S MOTION FOR A SCHEDULING ORDER**

Now Comes Plaintiff, Yolanda C. Gibson-Michaels and hereby respectfully requests that the Court enter a scheduling order and pretrial schedule in accordance to Fed. R. Civ. P. 16; to allow Plaintiff and Defendants to proceed with litigation; parties have engaged into extensive settlement discussions to no avail. However, parties have agreed to enter into ADR mediation to discuss the possibility of settlement. A date and time has not been set by the court. This process has inevitably resulted in delay of the issuance of a Scheduling order by the Court.

**Wherefore**, further delay of this Court to issue a scheduling order in this case will create additional prejudice towards Plaintiff's right to discovery on the merits of pending claims of age, race, sexual harassment, religion.

RECEIVED

NOV 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

11/21/07

Yolanda Gibson Michaels
2210 Anvil Lane
Temple Hills, MD 20748

1

**Wherefore**, there are no disputes in this case, Defendants' Answer to Plaintiff's complaint January, 2007 contained well over 118 admissions to facts alleged by Plaintiff contained in the original complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11/21/07 **day of November 2007** a copy of the foregoing Plaintiffs' Motion for Issuance of a Scheduling Order was mailed to:

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C. 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS )
    Plaintiff, )
)
)
    v. ) Civil Action No(s).**1:06CV01940**
)
SHELA C. BAIR, et.al. )
    Defendants )

**ORDER**

It is upon consideration of Plaintiff's **Motion for Issuance of a Scheduling Order,** in the above reference case is hereby by **Granted** on this _____ day of _____, 2007.

_____
Judge

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C. 20530

3