THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS )<br>Plaintiff, )<br>)<br>v. ) Civil Action No.**1:06CV01940**<br>)<br>SHELA C. BAIR, et.al. )<br>Defendants ) | |

**PLAINTIFFS' MOTION FOR APPOINTMENT OF COUNSEL FOR THE
LIMITED USE OF ADR MEDIATION HEARING**

Now Comes, Yolanda C. Gibson-Michaels (prose), Plaintiff in the above-entitled case and files a Motion To Appoint Counsel for the Limited Use of ADR Mediation Hearing upon which both Plaintiff and Defendants agreed to engage via Parties **JOINT RULE 16.3 REPORT** pending issuance of a scheduling order before the Court. Plaintiff is a pro se litigant. The Court granted leave for Plaintiff to proceed in forma pauperis in accordance to Local Civil Rule 83.1. Appointment of Counsel for the limited purpose to engage parties into an agreed upon ADR hearing will not create prejudice to either party. Counsel will assist Plaintiff to effectively engage into mediation with Defendants in resolution of claims of age, race, sex, parental rights, Title VII, interception of oral communications in violation of Plaintiff privacy rights, and other claims against the FDIC and named Defendants.

RECEIVED
NOV 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

**Wherefore**, Plaintiff reserves her right to substitute Counsel; if deemed necessary.

*[signature]* 11/21/07
Yolanda C. Gibson-Michaels
2210 Anvil Lane
Temple Hills, Maryland 20748
(301) 630-5062

## CERTIFICATE OF SERVICE

I Herby Certify that on this 21st day of **November 2007**, a copy of the foregoing **PLAINTIFFS' REQUEST FOR APPOINTMENT OF COUNSEL** for the Limited Purpose of ADR Mediation was mailed to:

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C. 20530

3

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS    )
    Plaintiff,    )
        )
    v.    ) Civil Action No.**1:06CV01940**
        )
SHELA C. BAIR, et.al.    )
    Defendants    )

## ORDER

It is upon consideration of **PLAINTIFFS' REQUEST FOR APPOINTMENT OF COUNSEL** hereby by **Granted** on this _____ day of _____, 2007.

_____
Judge

Copy to:

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C. 20530

Yolanda C. Gibson-Michaels
2210 Anvil Lane
Temple Hills, Maryland 20748

4