IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS   )
    Plaintiff,   )
       )
       )
    v.   )   06-CV-1940 (RMU)
       )
SHELA C. BAIR, et.al.   )
    Defendants   )

## MOTION TO STAY PROCEEDINGS FOR 20-DAYS
## TO OBTAIN COUNSEL

Now Comes, Yolanda C. Gibson-Michaels (prose), Plaintiff files a Motion for a **20-day Stay of proceedings** to obtain Counsel. Plaintiff conferred with FDIC opposing Counsel Claire Whitaker via telephone on **November 26, 2007** in that Plaintiff has sought advice of counsel, will obtain Counsel, and provide Counsel with Attorney Whitaker's point-of-contact information upon the entrance of Counsel. In support thereof, Plaintiff states among others the following:

1) Granting a Motion to Stay will not create any prejudice to Defendants.

2) There **are no** Depositive Motions Pending before the Court filed by either party.

RECEIVED
NOV 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3) Defendants Motion to Stay Discovery was Granted by the Court.

4) Parties filed Pursuant to Local Rule 16.3 pending before the Court. The Court has denied Plaintiff's Motion for a Scheduling Order; of her right to proceed with valid claims before a Jury.

**Wherefore**, Plaintiff requests that this court Grants Plaintiff Motion to Stay Proceedings for 20-days to Obtain Counsel.

Respectfully submitted,

_____
Yolanda C. Gibson-Michaels (prose)
2210 Anvil Lane
Temple Hills, Maryland 20748    11/27/07

### CERTIFICATE OF SERVICE

I hereby certify that on this **27th day of November 2007**, a copy of the foregoing Plaintiffs' **Motion to Stay Proceedings for 20-days** (calendar) to obtain counsel was filed and mailed to named defendant:

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C. 20530