IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS )<br>Plaintiff, )<br>vs. )<br>)<br>SHEILA C. BAIR, Chairman, )<br>Federal Deposit Insurance Corp., et al. )<br>)<br>Defendant. )<br>_____ )<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 06-1940(RMU) |

## REQUEST FOR STATUS CONFERENCE

COMES NOW, Plaintiff, by and through her undersigned counsel, hereby request a status conference be scheduled in the above captioned case. Counsel has conferred with defense counsel regarding this matter and defense counsel joins this request.

WHEREFORE, Plaintiff respectfully requests that Plaintiff's Request for Status Conference be granted.

Respectfully submitted,

/s/ James Q. Butler
James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th Street NW, Suite 1010
Washington, DC 20006
T: 202.223.6767
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS )<br>    Plaintiff, )<br>vs. )<br>   )<br>SHEILA C. BAIR, Chairman, )<br>Federal Deposit Insurance Corp., et al. )<br>   )<br>   Defendant. )<br>_____ )<br>   )<br>   )<br>   )<br>   )<br>   ) | Civil Action No.: 06-1940(RMU) |

 **UPON CONSIDERATION** of Plaintiff, Yolanda C. Gibson-Michaels's Request for Status Conference; it is by the United States District Court for the District of Columbia, this _____day of _____.

 **ORDERED,** that the Motion be, and hereby is **GRANTED.**

                    _____
                    JUDGE

## CERTIFICATE OF SERVICE

I James Q. Butler, Esq., hereby certify that on the 25th of February, 2008, I electronically filed a copy of the foregoing to the Clerk of the court for the United States District of Columbia for the District of Columbia and filed notice to all parties of interest.

/s/ James Q. Butler