UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
YOLANDA GIBSON-MICHAELS,            )
                                    )
            Plaintiff,              )
                                    )
v.                                  )   Civil Action No. 06-1940 (RMU)
                                    )
SHEILA C. BAIR, et al.              )
                                    )
            Defendants.             )
_____)

## PARTIES' JOINT RULE 16.3 REPORT

Pursuant to Local Rule 16.3, the parties submit the following report:

1. Dispositive Motions/Discovery Timeframe: Federal defendants will file a dispositive motion thirty (30) days after the Court enters a scheduling order, and propose that oppositions and replies be due in accordance with the rules of Court.

2. Joinder/Amendment/Narrowing: None are anticipated by Federal defendants. None are anticipated by the Plaintiff.

3. Assignment to Magistrate Judge: Neither party wishes to proceed before a Magistrate-Judge at this time. Neither party objects to a Magistrate-Judge being assigned to handle discovery disputes, disclosures, and mediation. However, at this juncture, Federal defendants do not wish for this matter to be assigned to a Magistrate Judge for mediation.

4. Settlement Possibility: Federal defendants do not believe settlement is possible in this case. Plaintiff believes she is entitled to settlement; dispute resolution and settlement would resolve all issues.

5. Alternative Dispute Procedures: Federal defendants do not believe that Alternative Dispute Resolution is appropriate for this matter. Plaintiff would like to settle the

matter; and believes Alternative Dispute Resolution is appropriate in lieu of the Federal defendants continued use of evidence in violation of the wiretap statute.

      6.      Summary Judgment: See No. 2, above.

      7.      Initial Disclosures:  The parties agree that Fed. R. Civ. R. 26(a)(1) initial disclosures will be exchanged ten days after the entry of the Court's scheduling order.

      8.      Discovery:  Federal defendants believes that discovery should be stayed pending a ruling on dispositive motions.  Should this case continue after the dispositive motion litigation, Federal defendant will seek to have an Independent Medical Examination (IME) of Plaintiff in this case, in addition to other discovery.   In addition, should any of Plaintiff's claims survive Federal defendants' motion, it is proposed that a scheduling conference should be held to discuss the schedule in the context of the surviving claims.

      9.      Experts:  See No. 8.  None have been identified at this time.

      10.      Class Action Procedures:  Not applicable.

      11.      Bifurcation of Discovery or Trial: The parties do not believe that bifurcation is necessary.

      12.      Proposed Date For The Pretrial Conference: The parties propose that a pretrial conference be set 30 days after completion of discovery and a ruling on subsequent dispositive motions.

      13.      Trial Date: The parties propose that a trial date be set at the pretrial conference.

      14.       The parties have agreed to preserve records relating to this case.  Plaintiff notes that she does not believe that records pertaining to the interception of her oral communications should be kept without Court authority.

Respectfully submitted,

_____/s/_____  _____/s/_____
JAMES Q. BUTLER, Esq. Bar #490014   JEFFREY A. TAYLOR, D.C. Bar # 498610
The Butler Legal Group, PLLP   United States Attorney
818 18th St., N.W. Suite 1010
Washington, D.C. 20006   _____
202-223-6767   RUDOLPH CONTRERAS, D.C. Bar # 434122
   Assistant United States Attorney

Attorney for Plaintiff   _____/s/_____
   CLAIRE WHITAKER, D.C. Bar # 354530
   Assistant United States Attorney
   United States Attorneys Office
   Civil Division
   555 4th Street, N.W., Room E-4204
   Washington, D.C. 20530
   (202) 514-7137

   Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA GIBSON-MICHAELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1940 (RMU) |
| ) | |
| SHEILA C. BAIR, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On consideration of the parties Joint Rule 16.3 Report, it is this \_\_\_\_ day of _____, 2008,

ORDERED, that Federal defendant will file their dispositive motion 30 days after entry of this Order. Plaintiff's Opposition and Federal defendant's reply will be filed in accordance with the rules of Court, and it is

FURTHER ORDERED, after ruling on Federal defendant's motion, the Court will schedule a status conference with the parties to discuss the next step in the litigation.

_____
UNITED STATES DISTRICT JUDGE