# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5265**  **September Term 2007**

06cv01940

**Filed On:** May 7, 2008

Yolanda C. Gibson-Michaels,

    Appellant

    v.

Sheila C. Bair, Chairman, Federal Deposit Insurance Corporation, et al.,

    Appellees



**BEFORE:** Sentelle, Chief Judge, and Henderson and Rogers, Circuit Judges

## ORDER

Upon consideration of the non-federal appellees' motion to dismiss for lack of jurisdiction or, in the alternative, for summary affirmance, the opposition thereto, and the reply; the federal appellees' motion to dismiss, the non-federal appellees' response, the opposition to the motion to dismiss, the reply, and appellant's lodged sur-reply; the motion to appoint counsel, the non-federal appellees' response thereto, and the reply; the motion for summary reversal (styled "appellants' [sic] motion to reverse and remand trial court omission of jury trial"), and the response thereto; the motion for appointment of special master and the oppositions thereto; the motion to remand case to the district court for summary reversal, the letter supplement thereto, and the oppositions; and the motion to strike a 1/31/08 letter and the opposition thereto, it is

**ORDERED** that the motions to dismiss for lack of jurisdiction be granted. By order entered May 3, 2007, the district court granted a motion to dismiss as to the non-federal appellees. On May 18, 2007, appellant filed a motion to vacate the May 3rd order or to stay the litigation. By order entered August 2, 2007, the district court denied the motion to vacate or stay. On August 7, 2007, appellant noted an appeal from the August 2nd order only. Because the May 3rd order was interlocutory (and the underlying case against the federal parties, 06cv1940, remains pending in district court), so too was the August 2nd order denying a request to vacate the interlocutory order. See

## United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5265**                                          **September Term 2007**
                                                                      06cv01940

Wagoner v. Wagoner, 938 F.2d 1120, 1122 n.1 (10th Cir. 1991) (a motion for reconsideration filed prior to final judgment "was nothing more than an interlocutory motion invoking the district court's general discretionary authority to review and revise interlocutory rulings prior to entry of final judgment."); cf. Jackson v. Beech, 636 F.2d 831, 835-36 (D.C. Cir. 1980) (Fed. R. Civ. P. 60(b) applies, by its terms, to final orders and judgments only).  Consequently, because the August 2nd order is both interlocutory and non-appealable, this court lacks jurisdiction over the case.  It is

**FURTHER ORDERED** that the remaining motions be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**