UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Yolanda Gibson-Michaels**          *

    **Plaintiff,**          *

    v.          *     Case No.: 1:06CV01940- RMU

         *

**Sheila C. Blair, et al.**

         *

    **Defendants.**
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR ENLARGEMENT**

    PLEASE TAKE NOTICE, that James Q. Butler, Esq., hereby files his request for an extension of time to respond to Defendant's Motion for Summary Judgment in the above referenced matter, on behalf of the plaintiff Yolanda Gibson-Michaels.

    Plaintiff requests an extension of 30 days beyond July 21st, 2008 to an August 21st, 2008 deadline.

    Plaintiff has conferred with Defendant who has consented to the enlargement.

    WHEREFORE, plaintiffs pray that this Honorable Court grant this Motion for Extension of Time in the above captioned case for the reason stated herein.

Respectfully Submitted,


_____/s/_____
James Q. Butler, Esq.

## CERTIFICATE OF SERVICE

      Plaintiff hereby certifies that a true and correct copy of the foregoing was submitted electronically to the clerk of the United States District Court for the District of Columbia, and mailed first class pre paid postage to the following on July 15th, 2008:

Claire Whitaker, Esq.
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

                                                        By: _____/s/_____
                                                           James Q. Butler, Esq.
                                                           Butler Legal Group, PLLP
                                                           818 18th St. NW, Suite 630
                                                           Washington, DC 20006
                                                           Telephone: (202) 223 6767
                                                           Facsimile: (202) 223 3039