UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA GIBSON-MICHAELS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:06CV01940 - RMU |
| | ) |
| SHEILA C. BAIR, Chairman, FDIC, | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT
AND DEFENDANT'S MOTION TO DISMISS AS CONCEDED**

Defendant Sheila C. Bair, Chairperson of the Federal Deposit Insurance Corporation, by and through her undersigned counsel, respectfully moves the Court to treat her previously filed Motion to Dismiss of for Summary Judgment, dated July 9, 2008, as conceded pursuant to Local Civil Rule 7(b). Because this is a dispositive motion, Defendant has not sought Plaintiff's consent. *See* LCvR 7(m). The grounds for this Motion are as follows.

At the Court's status conference of June 30, 2008, it was ordered that Defendant's preliminary motion to dismiss or for summary judgment be filed on July 9, 2008, and Plaintiff's opposition to said motion be filed on July 21, 2008.

On July 15, 2008, Plaintiff, who is represented by counsel, requested an extension of time to file her opposition, to and including August 21, 2008. By Minute Order dated July 16, 2008, this Court granted and denied Plaintiff's motion, in part, and ordered that

Plaintiff's opposition be filed on or before August 1, 2008, with Defendants' reply to said opposition to be filed on August 8, 2008.

Plaintiff neither filed an opposition to Defendant's dispositive motion on August 1, 2008, nor requested an additional extension of time. As of the due date for Defendant's reply, Plaintiff has still not filed her motion or requested additional time to do so. Accordingly, Defendant moves this Court to dismiss this case on the additional grounds pursuant to Local Civil Rule 7(b).

## DISCUSSION

Pursuant to Local Civil Rule 7(b), if a party fails to file a memorandum in opposition to a motion with the prescribed time, "the Court may treat the motion as conceded." LCvR 7(b). In light of this rule, Courts in this District have routinely dismissed actions when a plaintiff fails to timely respond to a dispositive motion. *See, e.g., Elders v. Md. Air Nat'l Guard*, Civ. A. No. 03-1157(RMC), 2005 WL 741932, *1 (D.D.C. Mar. 31, 2005) (treating motion for summary judgment as conceded when plaintiff failed to oppose after a warning by the Court); *Fox v. Am. Airlines, Inc.*, Civ. A. No. 02-2069 (RMU), 2003 WL 21854800, *2 (D.D.C. Aug. 5, 2003) (treating motion to dismiss as conceded where plaintiffs failed to file an opposition); *United States v. Philip Morris USA, Inc.*, Civ. A. No. 99-2496 (GK), 2004 WL 5355971, *1 (D.D.C. Aug. 2, 2004) (recognizing that arguments in a dispositive motion that are not opposed by a plaintiff may be treated as conceded).

Indeed, the United States Court of Appeals for the District of Columbia Circuit has held that "[w]here the district court relies on the absence of a response as a basis for

treating the motion as conceded, we honor its enforcement of the rule." *Twelve John Does v. Dist. of Columbia*, 117 F.3d 571, 577 (D.C. Cir. 1997); *see also Power v. Ashcroft*, No. 02-5330, 2003 WL 1873853, *1 (D.C. Cir. April 14, 2003) (affirming district court's treatment of motion to dismiss as conceded); *Giraldo v. Dep't of Justice*, No. 02-5058, 2002 WL 1461787, *1 (D.C. Cir. July 8, 2002) (affirming district court's treatment of motion for summary judgment as conceded).

Applying this law, the Court should treat Defendant's motion to dismiss or for summary judgment as conceded and dismiss this action. Defendant believes that its dispositive motion is sufficient to warrant dismissal of this litigation. However, in light of the Court's clear directive in denying Plaintiff's request for an extension of time from July 21, 2008, to August 21, 2008, but granting an extension through August 8, 2008, and plaintiff's failure to abide by its order, Defendant believes additional grounds pursuant to Local Civil Rule 7(b) exist for dismissal of this case.

## CONCLUSION

For the foregoing reasons, the Court should treat Defendant's motion to dismiss or for summary judgment as conceded and dismiss this action. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
CLAIRE WHITAKER, D.C. BAR #354530
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7137


OF COUNSEL:

TINA A. LAMOREAUX, Counsel
FEDERAL DEPOSIT INSURANCE CORPORATION
LEGAL DIVISION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **YOLANDA GIBSON-MICHAELS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:06CV01940 - RMU |
| | ) |
| **SHEILA C. BAIR, Chairman, FDIC,** | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to treat his motion to dismiss as conceded, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED,

ORDERED that Defendant's motion to dismiss is hereby CONCEDED, and it is further

ORDERED that the Complaint in this action is hereby DISMISSED with prejudice.

_____                                    _____
Date                                                                              United States District Judge