UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YOLANDA GIBSON-MICHAELS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>SHEILA C. BAIR *et al.*,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 06-1940 (RMU) |

## MEMORANDUM ORDER

The complaint in this matter was filed November 14, 2006 and named seven defendants, all of which have since been dismissed except Sheila Bair, Chairman of the Federal Deposit Insurance Corporation.  *See* Order, May 3, 2007; Minute Entry, June 30, 2008.  On July 9, 2008, the defendant filed a motion to dismiss or for summary judgment, arguing that all of the plaintiff's claims should be dismissed because either they had not been administratively exhausted or they failed to state a claim upon which relief could be granted.  *See* Mem. in Supp. of Def.'s Mot. to Dismiss or for Summ. J. at 1-2.

By prior Order, the plaintiff's response was due July 22, 2008.  Minute Entry, June 30, 2008.  Counsel for the plaintiff requested a 30-day extension of time, which was granted in part and denied in part, allowing the plaintiff until August 1, 2008 to file a response.  Minute Order, July 17, 2008.  The plaintiff did not timely seek an additional extension of time and did not timely file a response.  If a response to a motion is not filed within the prescribed time, the Court

may treat the motion as conceded. Local Civil Rule 7(b). Accordingly, it is this 12th day of August, 2008,

ORDERED that the defendant's motion [Dkt. # 90] to dismiss the complaint is GRANTED as conceded. This is a final, appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

					RICARDO M. URBINA
					United States District Judge