## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA GIBSON-MICHAELS, ) | Civil Action No. 1:06-cv-1940 (RMU) |
| ) | |
| v. ) | |
| ) | |
| SHEILA C. BAIR, Chairman, ) | |
| ROBERT FELDMAN, et. al. ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

## **NOTICE OF APPEARANCE**

    The undersigned counsel hereby files this Notice of Appearance in the above cause.

    I HEREBY CERTIFY that a copy of the foregoing was furnished by electronic filing to the clerks office this 19th day of December 2007.

    /s/ James Q. Butler
    James Q. Butler, Esq.
    Butler Legal Group, PLLP
    818 18th Street N.W.
    Suite 630
    Washington, D.C. 20006
    Attorney for Defendant